UNITED STATES TRUCKING CORPORATION v. BOROUGH OF
FAIRVIEW, (BERGEN COUNTY).

July 2, 1982.

Petition for certification denied.

DONNA WESTRATE v. RONALD WESTRATE.

July 2, 1982.

Petition for certification denied.

DR. WALI D. MUHAMMAD v. ELIJAH TARD, JR.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DALLAS GRIFFIN.

July 2, 1982.

Petition for certification denied.